# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 11-610** |
| | : | |
| **v.** | : | |
| | : | |
| **STEVEN RODRIGUEZ** | : | |

## ORDER

**NOW**, this 7th day of September, 2021, upon consideration of the Motion to Correct Sentence Under 28 U.S.C. § 2255(f)(3) & (4) (Doc. No. 38) and Motion for Vacation of Sentence Pursuant to 28 U.S.C. § 2255 (Doc. No. 42), the Government's response, and the petitioner's reply, it is **ORDERED** that the motion is **DENIED**.

**IT IS FURTHER ORDERED** that no probable cause exists for the issuance of a certificate of appealability.

/s/TIMOTHY J. SAVAGE